AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cook, Deborah L. | U.S. Court of Appeals, 6th Cir | 05/03/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 433 U.S Courthouse <br> 2 South Main Street <br> Akron, Ohio 44308 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Collegescholars, Inc |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2009 | I am eligible for State of Ohio retirement benefits |
| 2. | |
| 3. | |

Cook, Deborah L.

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L. | 05/03/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L. | 05/03/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L. | 05/03/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. National City Bank Account | A | Interest | J | T | | | | | |
| 2. Trust 1 | D | Int./Div. | P1 | T | | | | | |
| 3. - Morgan Stanley Bank Deposit | | | | | | | | | |
| 4. - Powershares DB Comm TRK Inc | | | | | | | | | |
| 5. - Powershares DB Comm Trk Inc | | | | | Sold | 05/24/10 | M | A | |
| 6. - SPDR Gold Tr Gold Shares | | | | | | | | | |
| 7. - SPDR Gold Tr Gold Shares | | | | | Buy (add'l) | 05/11/10 | M | | |
| 8. - SPDR Gold Tr Gold Shares | | | | | Buy (add'l) | 06/21/10 | M | | |
| 9. - SPDR Gold Tr Gold Shares | | | | | Sold (part) | 11/16/10 | O | E | |
| 10. - SPDR Gold Tr Gold Shares | | | | | Donated (part) | | | | |
| 11. - SPDR Gold Tr Gold Shares | | | | | Donated (part) | | | | |
| 12. - SPDR Gold Tr Gold Shares | | | | | Donated (part) | | | | |
| 13. - American Muni Pwr Inc OH Comb Hydroelectric Proj Ref | | | | | | | | | |
| 14. - Ohio St Hosp Rev-B Cleveland Clinic Health Sys Oblig Group | | | | | | | | | |
| 15. - Exxon Mobil Corp | | | | | Buy | 02/01/10 | K | | |
| 16. - Exxon Mobil Corp | | | | | Sold | 06/30/10 | K | A | |
| 17. - Cisco Systems | | | | | Buy | 02/01/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L. | 05/03/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Cisco Systems | | | | | Sold | 06/30/10 | K | A | |
| 19. - Monsanto Co/New | | | | | Buy | 02/01/10 | K | | |
| 20. - Monsanto Co/New | | | | | Sold | 06/30/10 | K | A | |
| 21. - JP Morgan Chase & Co | | | | | Buy | 02/02/10 | K | | |
| 22. - JP Morgan Chase & Co | | | | | Sold | 06/30/10 | K | A | |
| 23. - Wal Mart Stores Inc | | | | | Buy | 02/02/10 | K | | |
| 24. - Wal Mart Stores Inc | | | | | Sold | 06/30/10 | K | A | |
| 25. - General Electric Co | | | | | Buy | 02/02/10 | K | | |
| 26. - General Electric Co | | | | | Sold | 06/30/10 | K | A | |
| 27. - Intel Corp | | | | | Buy | 02/02/10 | K | | |
| 28. - Intel Corp | | | | | Sold | 06/30/10 | K | A | |
| 29. - University Akr Be | | | | | Buy | 05/25/10 | M | | |
| 30. - Bank of America | | | | | Buy | 05/25/10 | M | | |
| 31. - Goldman Sachs | | | | | Buy | 05/25/10 | M | | |
| 32. - Prosh Ultrapro Short S&P 500 | | | | | Buy | 06/30/10 | M | | |
| 33. - Prosh Ultraspro Short S&P 500 | | | | | Sold | 09/13/10 | M | A | |
| 34. - Bowling Green Rcpt | | | | | Buy | 07/01/10 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R = Cost (Real Estate Only) V = Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L. | 05/03/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Ford Motor Company | | | | | Buy | 12/17/10 | N | | |
| 36. IRA 1 | F | Int./Div. | P1 | T | | | | | |
| 37. - Morgan Stanley Bank Deposit | | | | | | | | | |
| 38. - Ishares Barclays Agg Bd Fd | | | | | | | | | |
| 39. - IShares Barclays Agg Bd Fd | | | | | Sold | 12/15/10 | O | D | |
| 40. - Ishares IBOXX Invest Gr Cor Fd | | | | | | | | | |
| 41. - IShares IBOXX Invest Gr Cor Fd | | | | | Sold | 12/15/10 | N | D | |
| 42. - Powershares DB Comm Trk Inc | | | | | | | | | |
| 43. - Powershares DB Comm Trk Inc | | | | | Sold (part) | 05/24/10 | L | A | |
| 44. - Powershares DB Comm Trk Inc | | | | | Sold | 06/07/10 | M | A | |
| 45. - SPDR Gold Tr Gold | | | | | | | | | |
| 46. - SPDR Gold Tr Gold | | | | | Buy (add'l) | 06/21/10 | M | | |
| 47. - SPDR Gold Tr Gold | | | | | Buy (add'l) | 11/12/10 | N | | |
| 48. - National City Corp Bond | | | | | | | | | |
| 49. - Morgan Stanley Corp Bond | | | | | | | | | |
| 50. - United States Treasury Note Inflation Indexed | | | | | | | | | |
| 51. - United States Treasury Note Inflation Indexed | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L. | 05/03/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. - AT&T Inc | | | | | Buy | 02/01/10 | K | | |
| 53. - AT&T Inc | | | | | Sold | 06/30/10 | K | A | |
| 54. - Schlumberger LTD | | | | | Buy | 02/01/10 | K | | |
| 55. - Schlumberger LTD | | | | | Sold | 06/30/10 | K | A | |
| 56. - Aflac Incorporated | | | | | Buy | 02/02/10 | K | | |
| 57. - Aflac Incorporated | | | | | Sold | 06/30/10 | K | A | |
| 58. - Berkshire Hathaway Cl B New | | | | | Buy | 02/02/10 | L | | |
| 59. - Berkshire Hathaway Cl B New | | | | | Buy (add'l) | 06/30/10 | M | | |
| 60. - Berkshire Hathaway Cl B New | | | | | Sold | 11/02/10 | M | C | |
| 61. - Apple Inc | | | | | Buy | 02/02/10 | K | | |
| 62. - Apple Inc | | | | | Buy (add'l) | 12/17/10 | M | | |
| 63. - Johnson & Johnson | | | | | Buy | 02/02/10 | L | | |
| 64. - Johnson & Johnson | | | | | Sold | 06/30/10 | K | C | |
| 65. - Microsoft Corp | | | | | Buy | 02/02/10 | K | | |
| 66. - Microsoft Corp | | | | | Sold | 06/30/10 | K | D | |
| 67. - Proctor & Gamble | | | | | buy | 02/02/10 | K | | |
| 68. - Proctor & Gamble | | | | | Sold | 06/30/10 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cook, Deborah L. | 05/03/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. - United States Treasury Note Inflation Indexed | | | | | Buy | 05/11/10 | M | | |
| 70. - Cisco Systems Inc | | | | | Buy | 05/11/10 | M | | |
| 71. - Cisco Systems Inc | | | | | Sold | 06/30/10 | M | A | |
| 72. - Google Inc | | | | | Buy | 12/17/10 | N | | |
| 73. Real Estate Partnership, Akron, Ohio | B | Rent | M | W | | | | | |
| 74. Installment note holding industrial as collateral | E | Interest | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Cook, Deborah L. | 05/03/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I - Collegescholars, Inc is a charitable trust. The trust assets are held to fund college tuition for students in a mentored scholarship program.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Deborah L. Cook**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544